IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| KATRINA AUTUMN POWELL,<br>Petitioner, | ) | |
| v. | ) | CIVIL ACTION FILE |
| U.S. SMALL BUSINESS ADMINISTRATION,<br>Respondent. | ) | No.: 26-00167 |

**CONSENT ORDER**

This matter comes before the Court on the agreement and consent of Plaintiff Katrina Autumn Powell and Defendant U.S. Small Business Administration ("SBA"), by and through their undersigned counsel. The parties having consented to the entry of this Order, and for good cause shown, it is hereby ORDERED as follows:

1. Plaintiff filed this action seeking declaratory and injunctive relief concerning SBA Loan No.: PLP 86468550-05, Treasury Case No. L38784433, and the SBA's August 6, 2026 Garnishment Hearing Decision concerning administrative wage garnishment against Plaintiff, attached to Plaintiff's Complaint [Dkt. No: 1] as Exhibit "G."

2. Plaintiff contends that her Unconditional Limited Guarantee executed in connection with the subject debt was limited to the amount obtained from the collateral pledged by her, consisting of the land and improvements located at 1012 Highgrass Court, Evans, Georgia 30809.

3. The parties now agree that the August 6, 2026 Garnishment Hearing Decision misinterpreted Plaintiff Katrina Autumn Powell's limited liability under the Unconditional Limited Guarantee.

4. The parties further agree that the limitations of Katrina Autumn Powell's liability

with respect to the subject debt have been exhausted and that Katrina Autumn Powell is not liable for the remaining balance of the subject debt.

**Ordered Relief**

Upon the consent of the parties, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. The SBA's August 6, 2026 Garnishment Hearing Decision misinterpreted Plaintiff Katrina Autumn Powell's limited liability under the Unconditional Limited Guarantee and is therefore incorrect as applied to Plaintiff.

2. The limitations of Katrina Autumn Powell's liability with respect to SBA Loan No. PLP 86468550-05, Treasury Case No. L38784433, and any related account or debt arising from the same obligation have been exhausted.

3. Katrina Autumn Powell is not liable for the remaining balance of the debt that was the subject of the August 6, 2026 Garnishment Hearing Decision.

4. The SBA, including its agents, representatives, successors, assigns, servicing centers, contractors, and any agency or entity acting on its behalf, shall not attempt to collect the subject debt from Katrina Autumn Powell.

5. The SBA shall take all reasonable and necessary steps to terminate, withdraw, cancel, recall, or otherwise cease any administrative wage garnishment, Treasury collection, offset, referral, demand, billing, collection proceeding, or other collection activity directed against Katrina Autumn Powell in connection with the subject debt.

6. Any money garnished, offset, withheld, paid, or otherwise collected from or on account of Katrina Autumn Powell in connection with the subject debt shall be returned to Katrina Autumn Powell as soon as practicable.

7. The SBA shall take all reasonable and necessary steps to correct, update, delete, or withdraw any negative credit reporting that the SBA may have made, caused to be made, or furnished to any consumer reporting agency concerning Katrina Autumn Powell in connection with the subject debt.

8. This Order resolves all claims asserted by Katrina Autumn Powell in this action against the SBA concerning her alleged liability for the subject debt, collection activity against her in connection with the subject debt, and any credit reporting concerning her in connection with the subject debt.

9. This Order resolves all claims asserted by Katrina Autumn Powell in this action against the SBA and governs the rights, duties, and obligations of the Parties hereto. Accordingly, the Orders entered on September 17, 2026 [Doc. 8], and September 23, 2026 [Doc. 12], are hereby dissolved.

10. The Court retains jurisdiction to enforce the terms of this Order.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of October, 2026.

Honorable J. Randal Hall
United States District Judge
Southern District of Georgia

PREPARED AND CONSTED TO BY:

/s/ Bowen A. Klosinski
Bowen A. Klosinski
Attorney for Plaintiff
Georgia Bar No.: 842225
KLOSINSKI OVERSTREET, LLP
1229 Augusta West Parkway
Augusta, Georgia 30909
(706) 863-2255
bak@klosinski.com

/s/ Jason W. Blanchard
Jason W. Blanchard
Assistant United States Attorney
Georgia Bar No. 105620
U.S. Attorney's Office
Post Office Box 2017
Augusta, Georgia 30903
(706) 724-0517
Jason.blanchard@usdoj.gov